Certificate Number: 05781-UT-DE-041413934

Bankruptcy Case Number: 26-23199

05781-UT-DE-041413934

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 6, 2026, at 9:31 o'clock PM PDT, Dale Gardner completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Utah.

Date: September 6, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President